No. 2057

Second Circuit Appeal

---

J. U. LACOUR v. RED RIVER, ATCHAFA-LAYA AND BAYOU BOEUF LEVEE DISTRICT

---

(January 12; Certified to Supreme Court.)
(June 11, 1925, Opinion and Decree.)
Note: See Supreme Court decision, 158 La. 737, 104 South. 636.

Appeal from Thirteenth Judicial District Court of Louisiana, Rapides Parish, Hon. John A. Williams, Judge.

Porterie & Bordelon, of Marksville, attorneys for plaintiff, appellant.

Cleveland Dear, of Alexandria, attorney for defendant, appellee.

CARVER, J. In this case, by reason of instructions received from the Supreme Court of Louisiana, to which court the Judges of this court certified the case for instructions, it is decreed that the judgment of the Lower court be affirmed.